■ AGWAY, INC., Respondent, v LINDSAY E. HOBBS, JR., et al., Appellants.—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order and Judgment of Supreme Court, Niagara County, Koshian, J.—Breach of Contract.) Present—Denman, P. J., Balio, Lawton, Fallon and Doerr, JJ.